# ATTACHMENT A

| Last Name | First Name |
|---|---|
| AKINADE | TAYE |
| ALT | MICHELLE |
| BOASIAKO | STELLA |
| BOURDIER | MODESTA |
| COSTA | ISABEL |
| DADA | SAFURAT |
| FREEMAN | ANA |
| GORDON | ROSE |
| HENRY | CAITLIN |
| HILL | DOUGLAAS |
| IDOWU | KEHINDE |
| KELLER | CHRISTIANA |
| KENNEDY | JEAN |
| KOIMENE | ROBERTHA |
| LUCIANO | ELUPINA |
| MAKANJUOLA | MOBOLAJI |
| MAZARIEGOS | ARIANA |
| MENDES | SUZETE |
| MONTEIRO | PALMIRA |
| ODULOA | ABOSEDE |
| OKE | CHRISTIANAH |
| OLIVEIRA | ADALISA |
| OMEIKIE | OLUFISAYO |
| PASTOR | LUIS |
| RAMOS | CAROLINA |
| SANTOS | SANDRA |
| SERIF ANIMASHAUN | FOLASADE |
| SOUSA | TELMA |
| VIEIRA | CONSTANTINA |
| VIEIRA | JOSE |
|  |  |
| ABBOTT | VALLEN |
| ABDUSSALAAM | MARGARET |
| ABRAHAM | MARTHE |
| ABRAHAMS | ARLENE |
| ACOLATSE | GEORGE |
| ADAMS | JERMEY |
| ADAMS | SHIRLEY |
| ADAMS-BROWNE | MAWUSI |
| ADEYEMI | FOLASHADE |

| | |
|---|---|
| ADEYEMI | ONOME |
| AGYEMANG | BENEDICTA |
| AGYEMANG | MIRIAM |
| AIRD-CAMPBELL | DENISE |
| AJAH | OGAMA |
| AJAYI | CLARA |
| AJUNWA | PHILIP |
| ALEHAGWOH | TERENCE |
| ALEXANDER | WENDY |
| ALEXANDRA | RICHARD |
| ALIP | ESPERANZA |
| ALUMNO | JACQUELINE |
| AMANKWAH | GEORGE |
| AMES | JODIE |
| ANEKE | AMAKA |
| ARANA | LUZ ELENA |
| ARTHUR NORVILLE | GLORIA |
| ARZOLA | YVETTE |
| ASAMOAH | ELIZABETH |
| ATTOBRAH | WALLACE |
| AURELUS | CHESNA |
| AUSTIN | ORIN |
| AYADI | BABATUNDE |
| AYADI | MONIOLA |
| AYIMAH | JANET |
| AZUMAH | ALHASSAN |
| BAAH-FORDJOUR | CHARLOTTE |
| BACON | ERIN |
| BANFUL | GLORIA |
| BAPTISTE | LORNA |
| BAPTISTE | MATTIE |
| BARNES | CHRISTINE |
| BEKOE | BEATRICE |
| BENNETT | SULIE |
| BITARIHO | JUSTINE |
| BLACK | SANDRA |
| BLAKE | KARLA |
| BLAKE | NICOLETTE |
| BOBO | IDENA |
| BOLARINWA | OLAYINKA |
| BOSWELL-CHIN | SAMANTHA |
| BOUTON | HEIDI |
| BOYEA | PATRICIA |
| BRADSHAW | MERCY |
| BREW | REBECCA |
| BRIGGS | TARSHEA |

| | |
|---|---|
| BRISTOL | SHEFFON |
| BROWN | CARLA |
| BROWN | JENNIFER |
| BRUCE | SHARON |
| BUSARI | MARYAM |
| CALLENDER | CATHERINE |
| CALVIN | KEVEN |
| CAMERON | YVONNE |
| CAMPBELL | CARLENE |
| CAMPBELL | NOVELETTE |
| CAMPBELL | ROSEMARIE |
| CARDAMONE | NATASHA |
| CARR | ANTHONY |
| CARTER | NICOLE |
| CHIDOBE | JULIET |
| CHONG | DESREEN |
| CLARK | ELIZABETH |
| CLARKE | MARVELL |
| CLARKE | NICKISHA |
| CLEMENSON | ELAINE |
| COOPER | NOEL |
| CORTES | ROSARIO |
| CREEK | CRYSTAL |
| CROSDALE | VIVINE |
| CRUEL | ANA |
| CRUZ | SHANNON |
| CURTIS | JACQUELINE |
| DALE | ANDREA |
| DALEY | ADRIANNA |
| DALRYMPLE | HENRY |
| DANKU | LUCY |
| DANQUAH ASARE | OPHELIA |
| DAVIS | SHEREE |
| DEKYEM | WINIFRED |
| DENNIS | VALARIE |
| DESSAINT | CHRISTINE |
| DILLON | JANE |
| DIOP | MAGUETTE |
| DONALDSON | NICOLETTE |
| DUKE | LAVERETTA |
| DUNN | PAULA |
| DURANT | MICHAEL |
| EDMONSON-SMITH | MELVA |
| EDWARDS | LISA |
| EDWARDS | MICHELLE |
| EFFIOM | JOHN |

| | |
|---|---|
| EKEZIE | CELESTINA |
| ELLIS | MADDISON |
| ELLIS-REID | RHIA |
| ERBYN | KATE |
| EREGIE | ROSEMARY |
| ESSILFIE | GLADYS |
| ESTEVEZ | RAMON |
| EXANTUS | MEDINA |
| EZE | ANNE |
| FACEY | FELICA |
| FACEY | MAUVARIE |
| FACEY | MICHELLE |
| FATUKASI | OLUFEMI |
| FERGUSON | KAREN |
| FIDELIS | ROSITA |
| FIELDS | DORIS |
| FINDLAY | SHANET |
| FITZGERALD | ROBERT |
| FLOMO | CHRISTOPHER |
| FOFANAH | BINTU |
| FOSTER | SHANICE |
| FRANCIS | DEBBIE |
| FRANCIS | SHEELA |
| FRANCIS | TELITA |
| FREDERICK | PETRONILLA |
| FREEBORN | COLLEEN |
| FRIMPONG | ALEXANDER |
| FRITH | MARVLETTE |
| FULLER | ALBERT |
| GARBER | RACHEL |
| GARRICK | JENNIFER |
| GERALD | CAROL |
| GHERZO | LEE |
| GILZENE | CLAUDIA |
| GILZENE | NORMA |
| GORDON | LESA |
| GRANT | ARLENE |
| GREENE | SANDRA |
| GUILLAUME | MARIE |
| GUMBS | LENNOX |
| GYAMFI | HENRIETTA |
| HAIGHT | CHARLENE |
| HAMILTON | COURTNEY |
| HANSEN | MPHAMBO |
| HARRELL | TAPHIAN |
| HEDMAN | NADINE |

| | |
|---|---|
| HENDRICKS | MARVETTE |
| HEWITT | PATHRINE |
| HILL | ANGELICA |
| HOLCOMB | MORGAN |
| HOLLAND | LEAH |
| HURLBURT | CORRINE |
| HUTCHINSON | KERRY ANN |
| HYACINTHE | KETTELENE |
| HYLTON | LISHON |
| IGWE | GEOFFREY |
| JACKSON | STEVON |
| JACKSON | TERRI |
| JAMES | BESSIE ADJEI |
| JAMES | GERALDINE |
| JAMES | JOLENE |
| JEAN | CAROLE |
| JERRICK | CATHERINE |
| JEUDI | NATACHA |
| JOHN | CANDACE |
| JOHNSON | ANESHA |
| JOHNSON | NOLA |
| JOHNSON | OLUWAKEMI |
| JONES | DONNA |
| JONES | LURINE |
| JONES | TIFFANY |
| JOSEPH | CURLETTA |
| KARIOKI | BENARD |
| KEITA | TENNEH |
| KERR | SHERIL |
| KERR-CUNNINGHAM | RHONDA |
| KONNEH | MAWA |
| KOULIBALY | MARIAMA |
| KULLAH | PATRICK |
| LAMB | ERICA |
| LAVIGNE | JAN |
| LAWRENCE | ASHER |
| LAWRENCE | CHARMAINE |
| LAWRENCE | DAISY |
| LEVY-BRYAN | LAVERNE |
| LEWIS | KAREEN |
| LEWIS | RICKEYA |
| LIVERMORE | VIVIENNE |
| LLOYD | DEBORAH |
| LOMAX | PATRICIA |
| LONGTIN | JOCELYN |
| LOOBY | ESTHER |

| | |
|---|---|
| LUKEMAN | TANYA |
| LYONS | CARMEN |
| MANU AWUAH | VIVIAN |
| MATHADOR | SISE |
| MATTHEW | ESTHER |
| MATTISON | SHANTEL |
| MCCOURTIE | MARGARET |
| MCGRAIL | NORA |
| MERCHANT | KYA |
| MEREGILDO | PAULINA |
| MESEC | JESSICA |
| MESIA | LILLIBETH |
| MILLER | JERIMIAH |
| MILLER | SHELLIE |
| MORGAN | CHARMAINE |
| MORGAN | SHERON |
| MORGAN | TADDISHA |
| MORRIS | ELVIE |
| MORRISON | ZENESSA |
| MUIR | KASTASIA |
| MUKERJI | CHIPLI |
| MURPHY | |
| NEWBERRY | TANISHA |
| MURRAY | ANN |
| MYERS | COLLEEN |
| NELSON | FAYONNE |
| NOSA | SARAH |
| NUTAKOR | NATALIE |
| NWOSU | EMEKA |
| OBAJE | ANDREW |
| ODEH | OSABUOHIEN |
| ODUNAIKE | BUNMI |
| OFILI | NKECHI |
| OGUNDIRAN | CHARLINE |
| OJO | CAROLINE |
| OKEKE | MAUREEN |
| OLUWAYOSE | ATINUKE |
| OPUNI-ADJEI | STELLA |
| ORIOL | IMMACULA |
| OSBORNE | CAPREECE |
| OSEI | GEORGE |
| OSKOWITZ | YB-LEM |
| OYETIBO | FOLASHADE |
| PALAGANAS | AVELINA |
| PALMER | CHARMAINE |
| PALMER | PATRICIA |

| | |
|---|---|
| PARK | BRYANNA |
| PARK | DENISE |
| PATTERSON | ELAINE |
| PAVILUS | CARMELLE |
| PEART | COLIN |
| PERILLO | EVELYN |
| PERSAD | MALA |
| PICKARD | SAMANTHA |
| PIERRE | MARCUS |
| PLUNKETT | WILNETH |
| POLANCO | SANICAY |
| PORTER | DOREEN |
| POSKROBKO | JOLANTA |
| PRESCOTT | GLEN |
| QUARSHIE | PEARL |
| QUILES-HADDOCK | ELIZABETH |
| RAMLAKHAN | SIDERA |
| RAMLOCHAN | SHABANA |
| RAMOUTAR | DINNANAUTH |
| RAMSAY-DIXON | EUGENIE |
| RAMSUDH | DEVAKIE |
| REECE-NEWLAND | CARLA |
| REGISTER | UTE |
| REID | PATRICK |
| REID FOSTER | ARLENE |
| RHODES | TYSEAN |
| RICHARDS | ANIQUE |
| RIEL | BRIANNA |
| RIGHTON | HEATHER |
| ROBARE | SHIRREECE |
| ROBERTS | NYIKO |
| ROBIE | ALEXIS |
| ROBINSON | BOSEDE |
| ROBINSON | JOSEPH |
| ROBINSON | TERRY ANN |
| RODRIGUEZ | JUAN |
| ROE | DARLEAN |
| ROPER | TINA |
| ROSCOE | AMY |
| ROSE | SHIRAKI |
| ROSERO | JAVIER |
| ROWE | DOREEN |
| ROYES | RICARDO |
| RUDDOCK | NECOLA |
| RUPLALL | PARMANAND |
| SAMPANEY | SABRINA |

| | |
|---|---|
| SAMUELS | JOAN |
| SANOE | MEMUNA |
| SATCHELL | NOVELETTE |
| SCHWORM | KAREN |
| SCIBOR | BOZENA |
| SCOTT | TALAINA |
| SEBUUFU | BAKER |
| SEEDEE | REBECCA |
| SHEPHERD | DENISE |
| SHITTU | YEWANDE |
| SIMMONS | ANNETTE |
| SIMMONS | NADEAJAH |
| SIMPSON | JULIE |
| SMART | KESI |
| SMITH | AUDREY |
| SMITH | SHANEKA |
| SOLOMON | SEAN |
| SONPON | JOYCE |
| SPENCER | JOAN |
| ST ROSE | THERESA |
| STAGE | CAITLIN |
| STAGE | TAMARA |
| STEPHENS | HYACINTH |
| SYLLA | MARIETOU |
| TAMAYO | ISRAEL |
| TENNANT | CHARMAINE |
| TERRELONGE | |
| BENNETT | SHACKERA |
| THAXTER | CARLENE |
| THOMAS | MARSHA |
| THOMAS | MAVIS |
| THOMAS-PELT | ADRIANNE |
| THOMPSON | DILLIS |
| THURSTON | ESTHER |
| TIDBALL | SEANTAISA |
| TIJANI | MODUPE |
| TOLLIVER | BRITTANY |
| TULAY | SARAH |
| UNWE | VIVIAN |
| VAN CAMP | RICHARD |
| VEIKAI | DISSOUE |
| VITAL-PHIPPS | CECILIA |
| WALKER | PHILLIP |
| WALKER | VERONIQUE |
| WALLACE | DIANA |
| WALLACE | SADE |

| | |
|---|---|
| WALLACH | SARA |
| WALTERS | JULIET |
| WATSON | DONNA |
| WEBB | ELLIANA |
| WEBBER | JENNETH |
| WELCH | TAMMY |
| WELCH-BRAITHWAITE | SHAMKIA |
| WHEA-BERIER | ALETEE |
| WHEELER | JALIYAH |
| WHYTE | ANGELA |
| WHYTE | ENES |
| WILLEY | JOLYNN |
| WILSON | BARIMA |
| WOODS | JEFFREY |
| WRIGHT | MARIA |
| YNCLINO | CYNTHIA |
| YNCLINO | JAMES |
| YOUNG | MELISSA |